Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for Jumbo*
*Seafood Restaurant, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-104-ELG |
| | ) | (Chapter 7) |
| CHENG & COMPANY L.L.C. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Case No. 24-90-ELG |
| | ) | (Chapter 11) |
| JUMBO SEAFOOD RESTAURANT, INC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JUMBO SEAFOOD RESTAURANT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Case Nos. 24-10013-ELG |
| | ) | 24-10014-ELG |
| v. | ) | |
| | ) | |
| WENDELL WEBSTER, in His Official Capacity as Chapter 7 Trustee of the Estate of Cheng & Company L.L.C. | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CONSOLIDATE**

Comes now Jumbo Seafood Restaurant, Inc. (the "Debtor" or "Jumbo Seafood"), by and through undersigned proposed counsel, pursuant to Federal Rule of Bankruptcy Procedure 7042

1

and Federal Rule of Civil Procedure 42, and moves to consolidate the two above-captioned adversary proceedings, and in support thereof states as follows:

These two cases are, quite literally, identical. Jumbo Seafood is suing Wendell Webster, in His Official Capacity as Chapter 7 Trustee of the Estate of Cheng & Company L.L.C. (the "Trustee," with Cheng & Company L.L.C. being known as the "Landlord")), to avoid a preference and for declaratory relief. The suit has simply been filed in both Jumbo Seafood's bankruptcy case and the Landlord's bankruptcy case because the relief sought would impact both bankruptcy proceedings and out of an overly-cautious reading of the doctrine stemming from *Barton v. Barbour*, 104 U.S. 126 (1881).

The Federal Rules of Civil Procedure allow, *inter alia*, that "[i]f actions before the court involve a common question of law or fact," a court has the option (but not the mandate) to then "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). *See also*, Fed. R. Bankr. P. 7042 (making applicable Fed. R. Civ. P. 42).

Here, these two cases have not merely common but, in fact, identical questions of law and fact. And it is thusly sensible to consolidate the two actions, so as to promote judicial economy, avoid a raft of redundant filings, and permit these matters to proceed in a streamlined fashion.

WHEREFORE, Jumbo Seafood Restaurant, Inc. respectfully prays this Honorable Court (i) consolidate the two above-captioned cases for all purposes; and (ii) afford such other and further relief as may be just and proper.

*[Signature on Following Page]*

                                        Respectfully submitted,

Dated: April 5, 2024        By:    /s/ Maurice B. VerStandig
                                                  Maurice B. VerStandig, Esq.
                                                  Bar No. MD18071
                                                  The VerStandig Law Firm, LLC
                                                  9812 Falls Road, #114-160
                                                  Potomac, Maryland 20854
                                                  Phone: (301) 444-4600
                                                  mac@mbvesq.com
                                                  *Proposed Counsel for Jumbo*
                                                  *Seafood Restaurant, Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 5th day of April, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

                                                  /s/ Maurice B. VerStandig
                                                  Maurice B. VerStandig