Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for Jumbo*
*Seafood Restaurant, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: ) | Case No. 23-104-ELG | |
| ) | (Chapter 7) | |
| CHENG & COMPANY L.L.C. ) | | |
| ) | | |
| Debtor. ) | | |
| _____) | | |
| ) | | |
| In re: ) | Case No. 24-90-ELG | |
| ) | (Chapter 11) | |
| JUMBO SEAFOOD RESTAURANT, INC. ) | | |
| ) | | |
| Debtor. ) | | |
| _____) | | |
| ) | | |
| JUMBO SEAFOOD RESTAURANT, INC. ) | | |
| ) | | |
| Plaintiff, ) | Adv. Case Nos. 24-10013-ELG | |
| ) | 24-10014-ELG | |
| v. ) | | |
| ) | | |
| WENDELL WEBSTER, in His Official ) | | |
| Capacity as Chapter 7 Trustee of the ) | | |
| Estate of Cheng & Company L.L.C. ) | | |
| ) | | |
| Defendant. ) | | |

**NOTICE OF DEADLINE TO FILE AND SERVE**
**<u>OBJECTIONS TO MOTION TO CONSOLIDATE</u>**

NOTICE IS HEREBY GIVEN that Jumbo Seafood Restaurant, Inc. ("Jumbo Seafood" or

the "Debtor") has filed a motion seeking to consolidate the two above-captioned proceedings.

1

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Application or if you would like the Court to consider your views, then ON OR BEFORE APRIL 22, 2024, you must file and serve a written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for April 24, 2024 at 10:00 AM. The hearing will be held in a hybrid format, both in person and via Zoom video conferencing, subject to General Order No. 2023-01. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

                                            Respectfully submitted,

Dated: April 5, 2024          By:    /s/ Maurice B. VerStandig
                                                Maurice B. VerStandig, Esq.
                                                Bar No. MD18071
                                                The VerStandig Law Firm, LLC
                                                9812 Falls Road, #114-160
                                                Potomac, Maryland 20854
                                                Phone: (301) 444-4600
                                                mac@mbvesq.com
                                                *Proposed Counsel for Jumbo*
                                                *Seafood Restaurant, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of April, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

                                                /s/ Maurice B. VerStandig
                                                Maurice B. VerStandig