**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **IN RE:** | ) | **23-00104-ELG** |
| **CHENG & COMPANY L.L.C.,** | ) | **CHAPTER 7** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| In re: | ) | |
| | ) | **Case No. 24-00090-ELG** |
| **JUMBO SEAFOOD RESTAURANT, INC.,** | ) | **Chapter 11** |
| | ) | **Subchapter V** |
| **Debtor.** | ) | |
| | ) | |
| **JUMBO SEAFOOD RESTAURANT, INC.,** | ) | **Adv. Proc. No. 24-10013-ELG** |
| | ) | **Adv. Proc. No. 24-10014-ELG** |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| **WENDELL WEBSTER, in His Official Capacity as Chapter 7 Trustee of the Estate of Cheng & Company L.L.C.,** | ) ) ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF MOTION AND NOTICE OF
HEARING ON MOTION TO DISMISS ADVERSARY PROCEEDINGS**

Wendell W. Webster, Chapter 7 Trustee (the "Trustee"), by counsel has filed a *Motion to Dismiss Adversary Proceedings* (the "Motion"). In the Motion, the Trustee seeks to dismiss the above-captioned adversary proceedings.

_____
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then:**

☒  **On or before April 25, 2024,** file with the Court, at the address shown below, a written response with supporting memorandum as required by the local bankruptcy rules. **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to the persons listed below. The address for the Court is as follows:

> Clerk of the Bankruptcy Court
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001

Any objection filed must be sent to:

> Justin P. Fasano
> McNamee Hosea, P.A.
> 6404 Ivy Lane, Suite 820
> Greenbelt, MD 20770

☒  **PLEASE TAKE NOTICE that a hearing will be held on April 29, 2024, at 11:00 a.m. regarding the Motion.** Pursuant to General Order 2023-3 the hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the "Virtual Hearing Expectations." Parties in interest with questions or wish to appear virtually shall contact the Bankruptcy Court's Courtroom Deputy at aimee_mathewes@dcb.uscourts.gov for Zoom login instructions.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: April 18, 2024

Respectfully submitted,

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (D.C. Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
Tel. (301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel for Wendell W. Webster, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, a copy of the foregoing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notification.

/s/   Justin Fasano
Justin P. Fasano